UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA
        Plaintiff,

1:13-CR-00053-PA

       v.

ORDER CONTINUING
TRIAL SUBPOENAS

STEVEN DOUGLAS METHENY
        Defendant.

On motion of the government, the Court hereby orders that (1) all March 4, 2014 trial

subpoenas previously served in this case are continued in full force and effect, and (2) any

witnesses previously served with trial subpoenas are directed to appear before this Court on

September 23, 2014, at 9:00 a.m., to give testimony in this case.

DATED this __19__ day of February, 2014.

HONORABLE OWEN M. PANNER
United States District Judge

Respectfully submitted,

S. AMANDA MARSHALL, OSB#953473
United States Attorney

BYRON CHATFIELD, OSB#730599
Assistant United States Attorney